**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WETRO LAN LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ENGENIUS TECHNOLOGIES, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO. 2:15-cv-54**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF WETRO LAN LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Wetro Lan LLC ("Wetro Lan") is a Texas limited liability company. Wetro Lan has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: January 23, 2015

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
Brandon LaPray
Texas Bar No.: 24087888
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:    (469) 587-9776
Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF
WETRO LAN LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin Hansley*

Austin Hansley

Case 2:15-cv-00054-RWS-RSP   Document 2   Filed 01/23/15   Page 2 of 2 PageID #:  20