AO 440 (Rev. 12/09) Summons in a Civil Action

FILED CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

2015 MAR 20 AM 10: 38

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| Wetro Lan LLC | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 2:15-cv-54 |
| EnGenius Technologies, Inc. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ EnGenius Technologies, Inc.
C/O: I-Min Lim
1580 Scenic Avenue
Costa Mesa, California 92626

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Austin Hansley
Austin Hansley P.L.L.C.
5050 Quorum Dr. Suite 700
Dallas, TX 75254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/26/15

_David Malone_
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-54

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EnGenius Technologies, Inc.
was received by me on *(date)* 1/27/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Patty Maffey, who is designated by law to accept service of process on behalf of *(name of organization)* EnGenius Technologies, Inc. on *(date)* 1/28/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/4/2015

*Server's signature*

John R. Shultz, Process Server
*Printed name and title*

225 WEST WINTON AVE, SUITE 203
HAYWARD, CA 94544
*Server's address*

Additional information regarding attempted service, etc: