UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| Wetro Lan LLC <br><br> Plaintiff, <br><br> vs. <br><br> EnGenius Technologies, Inc. <br><br> Defendant. | Civil Action No.   2:15-cv-54 |

## NOTICE OF APPEARANCE OF DAVID C. YANG

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David C. Yang of WILMER CUTLER PICKERING HALE AND DORR LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071, (213) 443-5300, hereby enters his appearance as attorney of record for EnGenius Technologies, Inc. in the above-captioned matter.

Dated:  April 2, 2015

By:   /s/ David C. Yang
David C. Yang
david.yang@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300 phone
(213) 443-5400 fax

*Attorneys for Defendant*
EnGenius Technologies, Inc.