**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **WETRO LAN LLC** | § | |
| | § | Civil Action No. 2:15-CV-54 |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| **ENGENIUS TECHNOLOGIES, INC.** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

## ENGENIUS TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EnGenius Technologies, Inc. makes this corporate disclosure statement.

EnGenius Technologies, Inc. is a wholly owned subsidiary of Senao Networks, Inc. Senao International Co., Ltd. owns 10% or more of Senao Networks, Inc. No other entity or person have financial interest in the outcome of the case.

Dated: April 6, 2015

*/s/ Melissa Richards Smith*
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmith.com
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Mark Flanagan (California Bar No. 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

/s/ David Yang
David Yang (California Bar No. 246132)
david.yang@wilmerhale.com
Elaine Zhong (California Bar No. 286394)
elaine.zhong@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Ave., 21st Floor
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile:  (213) 443-5400

***COUNSEL FOR DEFENDANT***
***ENGENIUS TECHNOLOGIES, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of April, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Melissa R. Smith*
                                            Melissa R. Smith